# United States District Court
## Southern District of Georgia

ANTHONY TUBMAN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV314-073

WARDEN DOUG WILLIAMS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 8, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss for lack of exhaustion is GRANTED, this action is DISMISSED, and the case stands CLOSED.

| January 8, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |